

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00303-CV

Dante Flores-Demarchi
v.
Melissa Smith and Jose Garcia

On Appeal from the
206th District Court of Hidalgo County, Texas
Trial Court Cause No. C-1390-21-D

## JUDGMENT

This Court's judgment issued on June 30, 2022, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

November 3, 2022